GUARANTEE TRUST COMPANY et al., respondents,

*v.*

LAURA W. MILLER et al., appellants.

[Decided February 2d, 1934.]

*Messrs. Cole & Cole, Mr. William Clevenger, Mr. William Garrison, Mr. Ralph N. Kellam* and *Mr. W. Earl Miller,* for the respondents.

*Mr. John D. McMullin,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *112 N. J. Eq. 493.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, WELLS, DILL, JJ.   9.

*For reversal*—PARKER, BODINE, KAYS, HETFIELD, DEAR, JJ.   5.